United States District Court
Middle District of Florida
Tampa Division

**Jesus Santiago, Jr.,**

    **Plaintiff,**

    **v.**                            **CASE NO. 8:24-CV-01330-WFJ-AAS**

**Neno Research, Inc.,**

    **Defendant.**

---

### NOTICE OF APPEAL

Pursuant to section 16(a) of the Federal Arbitration Act, 9 U.S.C. § 16(a), Defendant Neno Research, Inc. ("Neno") respectfully submits this notice to the Court that it appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's order denying Neno's motion to compel arbitration entered on October 30, 2024.

Dated: November 7, 2024.      Respectfully submitted,

                                        By: */s/ Charles E. Harris, II*
                                        Charles E. Harris, II
                                        Anastasiya Lobacheva (admission pending)
                                        MAYER BROWN LLP
                                        CHarris@mayerbrown.com
                                        ALobacheva@mayerbrown.com
                                        71 South Wacker Drive
                                        Chicago, Illinois 60606-4637
                                        Telephone: (312) 782-0600
                                        Facsimile: (312) 701-7711

*Counsel for Defendant*
*Neno Research, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned certifies that on November 7, 2024, he caused a copy of the preceding **Notice of Appeal** to be served by CM/ECF and/or United States mail to:

Catherine Tillman
Consumer Attorneys
8245 N. 85th Way
Scottsdale, AZ 85258
+1 (941) 263-7310
Email: ctillman@consumerattorneys.com

David Pinkhasov
Consumer Attorneys
7150 Parson Blvd.
Suite 1001
Flushing, NY 11365
+1 (718) 701-4605
Email: dpinkhasov@consumerattorneys.com

*Counsel for Plaintiff Jesus Santiago, Jr.*

                                        By: */s/* Charles E. Harris, II
                                              Charles E. Harris, II

                                        *Counsel for Defendant*
                                        *Neno Research, Inc.*